PRESBYTERIAN CHURCH OF LIVINGSTON, APPELLANT-RESPONDENT, v. DIVISION OF ALCOHOLIC BEVERAGE CONTROL *ET AL.*, RESPONDENTS-PETITIONERS.

See same case below: 53 *N. J. Super,* 271.

*Mr. David D. Furman, Mr. Samuel B. Helfand* and *Messrs. Connolly, Vreeland & Connolly* for the petitioners.

*Mr. William J. Reimer* for the respondent.

February 9, 1959. Denied.